**Order entered February 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01223-CV

## MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, ET AL, Appellants

### V.

## ESPOSITO SECURITIES, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

## ORDER

Before the Court is appellee's February 13, 2015, joint motion for leave to file appellee's amended brief and for extension of time to file appellants' reply brief. We **GRANT** the motion and **ORDER** appellee to file its amended brief no later than **February 19, 2015**. Appellants' reply brief shall be due no later than **March 11, 2015**.

/s/     CRAIG STODDART
           JUSTICE